UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> BII LIQUIDATION, INC. ) <br> a Delaware Corporation, et al., ) <br> ) <br>       Debtors. ) <br> _____ ) <br> ) <br> ) <br> WLR RECOVERY FUND II L.P. and, ) <br> BURLINGTON INDUSTRIES LLC, ) <br> ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> MAFATLAL INDUSTRIES LIMITED, ) <br> ) <br>       Defendant ) | C.A. No. 05-17 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Helen I. Dooley, Esquire of Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005-5901 to represent Defendant Mafatlal Industries Limited in this matter.

                                                                     MURPHY SPADARO & LANDON

                                                                       Francis J. Murphy, DE I.D. # 223
                                                                       1011 Centre Road, Suite 210
                                                                       Wilmington, DE 19805
                                                                       Tel: (302) 472-8100
                                                                       Fax: (302) 472-8135
                                                                       Email: fmurphy@msllaw.com
                                                                       Attorney for Defendant

     IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Helen I. Dooley, Esquire is granted.

Date: _____          _____

117138

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of the District of Columbia and the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: 15 March 2005

Signed: *Helen I. Dooley*
Helen I. Dooley
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Tel: (202) 434-5000
Fax: (202) 434-5029
E-Mail: hdooley@wc.com

117138