UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BII LIQUIDATION, INC.<br>a Delaware Corporation, et al.,<br><br>　　　　　Debtors.<br>_____<br><br>WLR RECOVERY FUND II L.P. and,<br>BURLINGTON INDUSTRIES LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MAFATLAL INDUSTRIES LIMITED,<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 05-17<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Philip J. Ward, Esquire of Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005-5901 to represent Defendant Mafatlal Industries Limited in this matter.

　　　　　　　　　　　　　　　　　　　　　　　MURPHY SPADARO & LANDON

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Francis J. Murphy, DE I.D. # 223
　　　　　　　　　　　　　　　　　　　　　　　1011 Centre Road, Suite 210
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 472-8100
　　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 472-8135
　　　　　　　　　　　　　　　　　　　　　　　Email: fmurphy@msllaw.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Philip J. Ward, Esquire is granted.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

117139

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of District of Columbia and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon the filing of this motion

Date: _March 15, 2005_            Signed: _Philip J. Ward_
                                          Philip J. Ward
                                          725 Twelfth Street, N.W.
                                          Washington, D.C. 20005-5901
                                          Tel: (202) 434-5000
                                          Fax: (202) 434-5029
                                          E-Mail: pward@wc.com

117139