IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>BII LIQUIDATION, INC., )<br>a Delaware Corporation, <u>et al.</u>, )<br>)<br>        Debtors. )<br>_____ ) | C.A. No. 05-17 |
| )<br>WLR RECOVERY FUND II L.P., )<br>BURLINGTON INDUSTRIES LLC, and )<br>CONE INTERNATIONAL )<br>HOLDINGS, INC., )<br>)<br>        Plaintiffs/Appellants, )<br>)<br>        v. )<br>)<br>MAFATLAL INDUSTRIES LIMITED )<br>and POLYOLEFINS RUBBER )<br>CHEMICALS LIMITED, )<br>)<br>        Defendants/Appellees. )<br>_____ ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

       Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lydia R. Zaidman of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 to represent Plaintiffs/Appellants in this action.

                                           MORRIS, NICHOLS, ARSHT & TUNNELL

Dated: March 23, 2005

                                             Gregory T. Donilon (No. 4244)
                                             1201 North Market Street, PO Box 1347
                                             Wilmington, Delaware 19899-1347
                                             Telephone: (302) 658-9200
                                             Facsimile: (302) 658-3989

456086

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

_____
Lydia R. Zaidman
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005     _____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE

456086