IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BII LIQUIDATION, INC., | ) |
| a Delaware Corporation, et al., | ) |
| | ) |
| Debtors. | ) |
| | ) C.A. No. 05-17 |
| | ) |
| WLR RECOVERY FUND II L.P., | ) |
| BURLINGTON INDUSTRIES LLC, and | ) |
| CONE INTERNATIONAL | ) |
| HOLDINGS, INC., | ) |
| | ) |
| Plaintiffs/Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| MAFATLAL INDUSTRIES LIMITED | ) |
| and POLYOLEFINS RUBBER | ) |
| CHEMICALS LIMITED, | ) |
| | ) |
| Defendants/Appellees. | ) |
| | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Josh Lefkowitz of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 to represent Plaintiffs/Appellants in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL

Dated: March 23, 2005

_____
Gregory T. Donilon (No. 4244)
1201 North Market Street, PO Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

456099

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

_____
Joshua Lefkowitz
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-8006
jlefkowitz@stroock.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005            _____
                                      THE HONORABLE KENT A. JORDAN
                                      UNITED STATES DISTRICT COURT JUDGE

456099