IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| BII LIQUIDATION INC., *et al.* | : | Case No.: 01—11282 (JBR) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| WLR RECOVERY FUND II L.P.; BURLINGTON INDUSTRIES LLC and CONE INTERNATIONAL HOLDINGS INC., | : | Case No. 05-CV-17 |
| | : | |
| Appellants, | : | |
| | : | Adv. Proceeding No.: 04-53888 |
| v. | : | |
| | : | Appeal No.: 04-113 |
| MAFATLAL INDUSTRIES LIMITED, and POLYOLEFINS RUBBER CHEMICALS LIMITED, | : | |
| | : | |
| Appellees. | : | |

## NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Vincent J. Poppiti, was appointed to serve as mediator for the parties to the captioned appeal. On April 8, 2005, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

**PLEASE TAKE FURTHER NOTICE** that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: April 12, 2005

BLANK ROME LLP

Vincent J. Poppiti (DSBA No. 100614)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6410

Court Appointed Mediator

063250.00943/40152356v1