IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BII LIQUIDATION INC., et al. | ) | |
| | ) | Case No. 01-11282 (JBR) |
| Debtor. | ) | (Jointly Administered) |
| _____ | ) | |
| WLR RECOVERY FUND II L.P.; | ) | Adv. Proc. No. 04-53888 |
| BURLINGTON INDUSTRIES LLC and | ) | |
| CONE INTERNATIONAL HOLDINGS INC., | ) | Appeal No. 04-113 |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 05-17-KAJ |
| | ) | |
| MAFATLAL INDUSTRIES LIMITED, and | ) | |
| POLYOLEFINS RUBBER CHEMICALS | ) | |
| LIMITED, | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than May 2, 2005.

_____
UNITED STATES DISTRICT JUDGE

April 14, 2005
Wilmington, Delaware