IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BII LIQUIDATION, INC., | ) | Case No. 01-11282 (RB) |
| a Delaware Corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| WLR RECOVERY FUND II L.P., | ) | Adv. Proc. No. 04-53888 (RB) |
| BURLINGTON INDUSTRIES LLC, and | ) | |
| CONE INTERNATIONAL | ) | Appeal No. 04-113 |
| HOLDINGS, INC., | ) | |
| | ) | Case No. 05-17-KAJ |
| Plaintiffs/Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAFATLAL INDUSTRIES LIMITED | ) | |
| and POLYOLEFINS RUBBER | ) | |
| CHEMICALS LIMITED, | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

## STIPULATED SCHEDULING ORDER FOR BRIEFING ON APPEAL

Pursuant to the Order of this Court, dated April 14, 2005 (Appeal D.I. 13), appellants WLR Recovery Fund II L.P., Burlington Industries LLC and Cone International Holdings, Inc. ("Appellants") and appellees Mafatlal Industries Limited and Polyolefins Rubber Chemicals Limited ("Appellees"), parties hereto, hereby stipulate and agree to the following schedule for briefing on the above-captioned appeal:

1. Appellant's Brief shall be filed and served on or before May 20, 2005;

2. Appellee's Brief shall be filed and served on or before June 17, 2005; and

3. Appellant's Reply Brief shall be filed and served on or before July 1, 2005.

Dated: April 28, 2005

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Brian M. Cogan
Christopher R. Donoho, III
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Derek C. Abbott (No. 3376)
Gregory T. Donilon (No. 4244)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200

*Co-Counsel for Appellants WLR Recovery
Fund II L.P., Burlington Industries LLC
and Cone International Holdings, Inc.*

Dated: April 28, 2005

WILLIAMS & CONNOLLY LLP
Philip J. Ward
J. Andrew Keyes
Helen I. Dooley
725 Twelfth Street, N.W.
Washington, D.C. 2005-5901
Telephone: (202) 434-5000

- and -

MURPHY SPADARO & LANDON

_____
Francis J. Murphy (No. 223)
1011 Centre Road
Suite 210
Wilmington, Delaware 19805
Telephone: (302) 472-8100

*Co-Counsel for Appellees Mafatlal
Industries Limited and Polyolefins
Rubber Chemicals Limited*


APPROVED AND SO ORDERED,


This _____ day of _____, 2005


_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE


462173