## CERTIFICATE OF SERVICE

      I, Gregory T. Donilon, certify that I am not less than 18 years of age, and that service of the foregoing **Stipulated Scheduling Order For Briefing On Appeal** was caused to be made on April 28, 2005, in the manner indicated upon the following parties.

### BY HAND DELIVERY

Francis J. Murphy, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

### BY FIRST-CLASS MAIL

Philip J. Ward, Esquire
J. Andrew Keyes, Esquire
Helen I. Dooley, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C. 20005-5401

Dated: April 28, 2005

                                                          Gregory T. Donilon (No. 4244)

462890