IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BII LIQUIDATION, INC., | ) | Case No. 01-11282 (RB) |
| a Delaware Corporation, et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| WLR RECOVERY FUND II L.P., | ) | Adv. Proc. No. 04-53888 (RB) |
| BURLINGTON INDUSTRIES LLC, and | ) | |
| CONE INTERNATIONAL | ) | Appeal No. 04-113 |
| HOLDINGS, INC., | ) | |
| | ) | Case No. 05-17-KAJ |
| Plaintiffs/Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAFATLAL INDUSTRIES LIMITED | ) | |
| and POLYOLEFINS RUBBER | ) | |
| CHEMICALS LIMITED, | ) | |
| | ) | |
| Defendants/Appellees. | ) | |
| _____ | ) | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42 and Federal Rule of Bankruptcy Procedure 8001, it is hereby stipulated and agreed, by and among counsel for appellants WLR Recovery Fund II L.P., Burlington Industries LLC and Cone International Holdings, Inc. and counsel for appellees Mafatlal Industries Limited and Polyolefins Rubber Chemicals Limited, that the above-captioned appeal is hereby dismissed with prejudice, each party to bear its own fees and costs for purposes of this appeal, and appellants to pay any court costs or fees that may be due.

| | |
|---|---|
| Dated: May 26, 2005 | Dated: May 26, 2005 |
| STROOCK & STROOCK & LAVAN LLP<br>Lewis Kruger<br>Brian M. Cogan<br>Christopher R. Donoho, III<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400 | WILLIAMS & CONNOLLY LP<br>Philip J. Ward<br>J. Andrew Keyes<br>Helen I. Dooley<br>725 Twelfth Street, N.W.<br>Washington, D.C. 2005-5901<br>Telephone: (202) 434-5000 |
| - and - | - and - |
| MORRIS, NICHOLS, ARSHT & TUNNELL | MURPHY SPADARO & LANDON |
| _____<br>Derek C. Abbott (No. 3376)<br>Gregory T. Donilon (No. 4244)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200 | _____<br>Francis J. Murphy (No. 223)<br>Jonathan L. Parshall (No. 3247)<br>1011 Centre Road<br>Suite 210<br>Wilmington, Delaware 19805<br>Telephone: (302) 472-8100 |
| *Co-Counsel for Appellants WLR Recovery Fund II L.P., Burlington Industries LLC and Cone International Holdings, Inc.* | *Co-Counsel for Appellees Mafatlal Industries Limited and Polyolefins Rubber Chemicals Limited* |

IT IS SO ORDERED,

This _____ day of _____, 2005

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE

466315